# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward John Marquet
Louisiana Appellant Project
Post Office Box 53733
Lafayette LA 70505-3733

Demonte Jamar Henry
A.L.C. Earth D-2 DOC No. 626045
3751 Lauderdale Woodyard Road
Kinder LA 70648


## REHEARING ACTION: April 15, 2015


**Docket Number: 14   01131-KA**

**STATE OF LOUISIANA
VERSUS
DEMONTE JAMAR HENRY**

**Appealed from Calcasieu Parish Case No. 32344-12**


**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. John E. Conery**
    **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Demonte Jamar Henry** has this day been

    **DENIED.**


cc: John Foster DeRosier, Counsel for the Appellee
    Karen C. McLellan, Counsel for the Appellee